UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JACOB FRIEDMAN, individually and on behalf :
of all others similarly situated, :
          Plaintiff, :
           :
v. :
           :
CAPITAL ACCOUNTS, LLC, :
          Defendant. :
------------------------------------------------------------x

**ORDER**

19 CV 7262 (VB)



As discussed at a hearing today, at which plaintiff's counsel appeared in person and no one appeared for defendant, it is HEREBY ORDERED:

1. By January 6, 2020, plaintiff's counsel shall file proof of service on the docket as to the Court's December 3, 2019, Order to Show Cause (Doc. #17).

2. By separate Order, the Court will refer the motion for a default judgment to Magistrate Judge McCarthy for a report and recommendation. Magistrate Judge McCarthy will determine whether (i) plaintiff states a claim for relief, and (ii) if so, what, if any, damages, attorney's fees, and costs should be awarded to plaintiff.

Dated: January 3, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge