**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JACOB FRIEDMAN, individually and on behalf
of all others similarly situated,

                          Plaintiff,                19 **CIVIL** 7262 (VB) (JCM)

                -against-                    **JUDGMENT**

CAPITAL ACCOUNTS, LLC,

                        Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2021, the Court adopts the R&R as the opinion of the Court; the motion for default judgment and statutory damages, attorneys' fees and costs is denied, and the case is dismissed; accordingly, this case is closed.

**Dated:** New York, New York
          April 30, 2021

                                            **RUBY J. KRAJICK**
                                               Clerk of Court
                          **BY:**
                                                **Deputy Clerk**